469 A.2d 298

Commonwealth v. Martin, Appellant.

Argued October 4, 1983. Randolph T. Borden, for appellant; Steven R. Guccini, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.